# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| TYRONE STANTON, | ) | |
| | ) | CIVIL ACTION NO. |
| PLAINTIFF, | ) | 1:16-CV-00351-WSD-LTW |
| | ) | |
| v. | ) | |
| | ) | |
| CENTENE MANAGEMENT CO., LLC, ROBERT HALF INTERNATIONAL, INC. D/B/A OFFICE TEAM, AND CHANTELLE MITCHELL, | ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| | ) | |
| DEFENDANTS. | | |

## JOINT STIPULATION OF DISMISSAL

The parties in this action, acting through their undersigned counsel of record, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure hereby stipulate to the dismissal of this action, with prejudice, with each party to bear its own costs and fees.

Respectfully submitted and consented to this 25th day of January, 2017.

| | |
|---|---|
| /s/ J. Stephen Mixon | /s/Alex S. Drummond |
| J. Stephen Mixon | Alex S. Drummond |
| Georgia State Bar No. 514050 | Georgia Bar No. 231116 |
| steve@mixon-law.com | adrummond@seyfarth.com |
| | Christina F. Meddin |
| | Georgia Bar No. 135969 |
| | cmeddin@seyfarth.com |

| | |
|---|---|
| MILLAR & MIXON, LLC<br>1691 Phoenix Boulevard<br>Suite 150<br>Atlanta, Georgia 30349<br>Phone: (770) 955-0100<br>Facsimile: (678) 999-5039<br><br>**COUNSEL FOR PLAINTIFF** | SEYFARTH SHAW LLP<br>1075 Peachtree Street NE<br>Suite 2500<br>Atlanta, Georgia 30309<br>Telephone: (404) 885-1500<br>Facsimile: (404) 892-7056<br><br>**COUNSEL FOR DEFENDANT ROBERT HALF INTERNATIONAL, INC.**<br><br>*/s/Jeremy M. Brenner*<br>Jeremy M. Brenner, *Pro Hac Vice*<br>jbrenner@armstrongteasdale.com<br>Robert A. Kaiser, *Pro Hac Vice*<br>rkaiser@armstrongteasdale.com<br>ARMSTRONG TEASDALE, LLP – MO<br>7700 Forsythe Blvd.<br>Suite 1800<br>St. Louis, Missouri 63105<br>Telephone: (314) 621-5070<br>Facsimile: (314) 621-5065<br><br>*/s/Raanon Gal*<br>Raanon Gal<br>Georgia Bar No. 100281<br>rgal@taylorenglish.com<br>TAYLOR ENGLISH DUMA LLP<br>1600 Parkwood Circle<br>Suite 400<br>Atlanta, Georgia 30309<br>Telephone: (770) 434-6868<br>Facsimile: (770) 434-7376<br><br>**COUNSEL FOR DEFENDANT CENTENE MANAGEMENT CO., LLC** |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **TYRONE STANTON,** | ) | |
| | ) | **CIVIL ACTION NO.** |
| PLAINTIFF, | ) | **1:16-CV-00351-WSD-LTW** |
| | ) | |
| v. | ) | |
| | ) | |
| **CENTENE MANAGEMENT CO.,** | ) | **JURY TRIAL DEMANDED** |
| **LLC, ROBERT HALF** | ) | |
| **INTERNATIONAL, INC. D/B/A** | ) | |
| **OFFICE TEAM, AND CHANTELLE** | ) | |
| **MITCHELL,** | ) | |
| | ) | |
| DEFENDANTS. | | |

## CERTIFICATE OF SERVICE AND COMPLIANCE

I hereby certify that I have this date served a copy of the within and foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record, and that these documents were prepared using a Time New Roman 14 point font.

Respectfully submitted this 25th day of January, 2017.

*/s/ J. Stephen Mixon*
J. Stephen Mixon
Georgia Bar No. 514050

MILLAR & MIXON LLC
1691 Phoenix Blvd
Suite 150
Atlanta, GA 30349

Phone: (770) 955-0100
Facsimile: (678) 999-5039